IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH MAZZA,
    Plaintiff,

vs.                                                 Case No.:  5:08cv232/MCR/EMT

WARDEN APALACHEE CORRECTIONAL
INSTITUTION,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

      This matter is before the court on Plaintiff's notice of voluntary dismissal of the instant civil rights case filed pursuant to 42 U.S.C. § 1983 (Doc. 11).

      Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the opposing party serves an answer or a motion for summary judgment.  Because Defendant has not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.  Furthermore, pursuant to Rule 41(a)(1)(B), the dismissal shall be without prejudice

      Accordingly, it is respectfully **RECOMMENDED**:

      That Plaintiff's notice of voluntary dismissal (Doc. 11) be **GRANTED** and this case be **DISMISSED without prejudice**.

At Pensacola, Florida, this 19<u>th</u> day of August 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**